IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH A. SHERMAN,

      Plaintiff,                                      No.  CIV-S-10-2939-MCE-KJN-PS

    vs.

YOLO COUNTY FORMER DISTRICT
ATTORNEY DAVE HENDERSON, et al.,

      Defendants.                            ORDER

_____/

      On June 21, 2012, the magistrate judge filed findings and recommendations herein (ECF No. 12) which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days.  No objections were filed.

      Accordingly, the Court presumes that any findings of fact are correct.  See Orand v. United States, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo.  See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).

      The Court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the Proposed Findings and Recommendations in full.

      Accordingly, IT IS ORDERED that:

      1. The Proposed Findings and Recommendations filed June 21, 2012, are ADOPTED;

1    2. Plaintiff's action is DISMISSED WITH PREJUDICE pursuant to Federal Rule of
2 Civil Procedure 41(b) and Local Rules 110 and 183(a); and
3    3. The Clerk of Court shall close this case and vacate all dates.

Dated: August 21, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE